1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL THOMAS
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone (916) 554-2781



**FILED**

OCT 21 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: 6220 Belleau Wood Ln.#2)   Case No. 10-SW-455 DAD
　　　　Sacramento, CA　　　　　)
　　　　　　　　　　　　　　　　)   ORDER TO UNSEAL SEARCH WARRANT
_____)

　　　Upon application of the United States of America and good cause having been shown,

　　　**IT IS HEREBY ORDERED** that the Search Warrant, Search Warrant Application and the Affidavit in the above referenced case, 10-SW-455 DAD, is hereby ordered **UNSEALED**.

DATED: 10/20/10

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DALE A. DROZD
　　　　　　　　　　　　　　　　United States Magistrate Judge

1